No. 11–0638/AR. U.S. v. Edgar E. Martinez. CCA 20090582. [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0652/AF. U.S. v. Michelle E. Courtney. CCA 37694. [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0655/AF. U.S. v. Robert A. Aurand. CCA S31863. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0440/MC. U.S. v. Nicholas S. Stewart. CCA 201000021. Appellee's motion to extend time to file a brief granted, *up to and including October 21, 2011*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0043/AR. U.S. v. James T. Murphy. CCA 19872873. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 13, 2011.

Monday, September 26, 2011

No. 12–0044/AF. U.S. v. Varun K Narula. CCA 37658. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 13, 2011.

Tuesday, September 27, 2011

No. 10–0179/AF. U.S. v. Deanna T. Thornton. CCA S31692. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2011.

No. 12–0010/AF. U.S. v. Christopher D. Guleff. CCA 37542. Appellant's motion to file a corrected supplement to the petition for grant of review is granted.